IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal No. 12-179 |
| ) | |
| WILLIAM MILLER, ) | |
| ) | |

PRELIMINARY ORDER OF CRIMINAL FORFEITURE
AGAINST WILLAIM MILLER

AND NOW, this _22nd_ day of _Oct._____, 2013, upon consideration of the United States' Motion for Preliminary Order of Criminal Forfeiture Against William Miller it is hereby ORDERED that the motion is GRANTED, and that:

1. All right, title and interest of William Miller in the following property are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 2253(a)(3): Black Sprint Sanyo cell phone, model SCP3810, more thoroughly identified by CATS identification number 12-FBI-008610.

2. This Preliminary Order of Criminal Forfeiture Against William Miller will be made part of the criminal judgment against William Miller and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate all third-party claims.

_____
United States District Court Judge