IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 12-179 |
| | ) | |
| WILLIAM MILLER | ) | |

**GOVERNMENT'S POSITION WITH RESPECT TO**
**THE PRESENTENCE INVESTIGATION REPORT**

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Jessica Lieber Smolar, Assistant United States Attorney for said district, submitting as follows:

Government counsel has received and reviewed the contents of the Presentence Investigation Report for the above-captioned case. Government counsel has no objections or requests for modification to the Presentence Investigation Report, except that the government denies the accuracy of the "Defense Version of the Offense" at paragraphs 29 - 32.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

/s/ Jessica Lieber Smolar
JESSICA LIEBER SMOLAR
Assistant United States Attorney
U.S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 644-3500 (Phone)
(412) 644-4549 (Fax)
Jessica.Smolar@usdoj.gov
PA ID No. 65406